IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 19-cv-1153-WJM-KMT

JASON BROCKMAN, as trustee of the Mendy Brockman Disability Trust, and
MENDY BROCKMAN, individually,

    Plaintiffs,

v.

KIM BIMESTEFER, individually and in her official capacity as Executive Director of the Colorado Department of Health Care Policy & Financing,
TOM MASSEY, individually and in his official capacity as the Deputy Executive Director and Chief Operating Officer of the Policy, Communications, and Administration Office of the Colorado Department of Health Care Policy & Financing,
DAVID L. SMITH, individually and in his official capacity as Manager of Benefits Coordination Section for the Colorado Department of Health Care Policy & Financing, and
ASHLEY DiRIENZO, individually and in her official capacity as Recovery Officer for the Colorado Department of Health Care Policy & Financing,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Making Absolute the Court's February 13, 2020 Order to Show Cause and Dismissing this Case for Lack of Subject Matter Jurisdiction [ECF 59] entered by the Honorable William J. Martínez on February 25, 2020, and incorporated herein by reference as if fully set forth, it is

ORDERED The Court's February 13, 2020 Order to Show Cause [ECF 55] is made absolute. It is further

ORDERED that this civil action is dismissed without prejudice and this case will be closed. It is further

ORDERED that each party shall bear their own attorney's fees and costs.

DATED at Denver, Colorado this 25th day of February, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
Anna Frank, Deputy Clerk